UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JOHN PRICE,

               Plaintiff,

        -against-                              08-CV-02027 (RMB)

SMITHKLINE BEECHAM CORPORATION,        **DISCLOSURE STATEMENT**
GLAXOSMITHKLINE and SMITHKLINE
BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE,

               Defendants.
-----------------------------------------------------------x

## FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT

      The undersigned, counsel of record for Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline (improperly named as SMITHKLINE BEECHAM CORPORATION and GLAXOSMITHKLINE), furnishes the following in compliance with Federal Rule of Civil Procedure 7.1.

      GlaxoSmithKline plc, a publicly traded company, is the ultimate parent corporation, through several levels of wholly owned subsidiaries, of Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline. No publicly held company owns ten percent or more of the stock of GlaxoSmithKline plc.

Dated: New York, New York
      March 24, 2008

                            PEPPER HAMILTON LLP

                            By: _____
                                Kenneth J. King (KK 3567)
                                Suzanne M. D'Amico (SD 3581)
                                The New York Times Building
                                620 Eighth Avenue
                                37th Floor
                                New York, NY 10018
                                (212) 808-2700

                                and

                                Nina M. Gussack
                                Matthew J. Hamilton
                                PEPPER HAMILTON LLP
                                3000 Two Logan Square
                                18th & Arch Streets
                                Philadelphia, PA  19103
                                (215) 981-4000

                                Attorneys for Defendant
                                SmithKline Beecham Corporation d/b/a
                                GlaxoSmithKline