> Inasmuch as no objection is pending at this time, the stay is lifted.
>
> CLERK'S OFFICE
> JUDICIAL PANEL ON
> MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED TO FROM THE RECORD

DATED: 4/15/08

ATTEST: _____
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 28 2008

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: AVANDIA MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL No. 1871

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-13)

On October 16, 2007, the Panel transferred two civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 528 F.Supp.2d 1339 (J.P.M.L. 2007). Since that time, 86 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Cynthia M. Rufe.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Rufe.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of October 16, 2007, and, with the consent of that court, assigned to the Honorable Cynthia M. Rufe.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

IN RE: AVANDIA MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                                    MDL No. 1871

## SCHEDULE CTO-13 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**            **CASE CAPTION**

CALIFORNIA EASTERN
~~CAE  2  08-542~~                ~~F.C. Mitchell, et al. v. SmithKline Beecham Corp., et al.~~
                                  Opposed 4/2/08

CALIFORNIA NORTHERN
CAN  3  08-1297                   Jerry Kellum, etc. v. SmithKline Beecham Corp., et al.

NEW YORK SOUTHERN
NYS  1  08-2027                   John Price v. SmithKline Beecham Corp., et al.
NYS  1  08-2030                   Sylvia Moore v. SmithKline Beecham Corp., et al.

OHIO NORTHERN
OHN  1  08-569                    Ronald McAdams v. SmithKline Beecham Corp.

TEXAS NORTHERN
TXN  3  08-352                    Shirley Crank, et al. v. SmithKline Beecham Corp., et al.

TEXAS SOUTHERN
TXS  4  08-676                    Martin Banta, et al. v. GlaxoSmithKline, Inc., et al.